TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00476-CV







Rick Perry, in his Official Capacity as Governor of the State of Texas; and Henry
Cuellar, in his Official Capacity as Secretary of State for the State of Texas, Appellants


v.



Martha Cotera, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. GN 101660, HONORABLE PAUL DAVIS, JUDGE PRESIDING 







PER CURIAM


 After examining the record, we dismiss the appeal for want of jurisdiction. Tex.
R. App. P. 42.3(a).


Before Chief Justice Aboussie, Justices Kidd and Yeakel

Dismissed for Want of Jurisdiction

Filed: August 31, 2001

Do Not Publish